IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAKE W. GRAHAM,<br><br>                      Plaintiff,<br><br>vs.<br><br>PRUDENTIAL PROTECTIVE SERVICES, LLC., a Michigan limited liability corporation, PRUDENTIAL DEFENSE SOLUTIONS, INC., a Delaware corporation, PRUDENTIAL SECURITY, INC., a Michigan corporation, PATRICK KAKOS, individually, PATRICIA GUZIK, individually, GREG WIER, individually, and MATTHEW KEYWELL, individually.<br><br>                      Defendants, | No. 1:20-cv-00002<br><br>Judge Virginia M. Kendall<br><br>Magistrate Judge M. David Weisman |

**PLAINTIFF'S MOTION TO FILE *INSTANTER***

      Plaintiff, by and through counsel, moves to file *instanter* its response in opposition to *Defendants' Joint Motion to Dismiss This Action Pursuant to Federal Rule of Civil Procedure 13(a), or, In The Alternative, To Transfer This Action to the United States District Court of the Eastern District of Michigan*, Docket No. 21, as follows:

1. Defendants filed the aforementioned joint motion on March 2, 2021. (Dkt. 12)

2. Plaintiff's deadline to respond to Defendants' motion was March 19, 2021.

1

3. That deadline could not be achieved when a family emergency required counsel to travel out of state on March 19, 2021, and attempts to finalize Plaintiff's response while traveling failed due to technology constraints and time.

4. This delay of one business day was for good cause and without intent to delay the administration of justice.

WHEREFORE, Plaintiff prevails upon the court to grant Plaintiff leave to file Plaintiff's Response to Defendants' Motion to Dismiss *instanter*, and, grant Defendants equivalent additional time such that Defendants' deadline to reply is **March 29, 2021**.

Respectfully submitted,<br>
Jake W. Graham,<br>
Plaintiff,

By _____
One of Plaintiff's Counsel

Lisa M. Stauff
Law Offices of Lisa M. Stauff
53 W. Jackson Blvd., Suite 624
Chicago, Illinois 60604
(312) 212-1036
LStauff@StauffLaw.com

John A. Krupa
The Law Offices of John A. Krupa & Associates
195 W. Joe Orr Rd., Suite 200
Chicago Heights, Illinois 60411
ph: 708-799-4444
jkrupa@krupalaw.com

CERTIFICATE OF SERVICE

I, Lisa M. Stauff, and attorney, certify and attest that the attached documents were served upon all parties of record by the Court's CM/ECF System, at the time of filing.


/s/ *Lisa M. Stauff*


Lisa M. Stauff
Law Offices of Lisa M. Stauff
53 W. Jackson Blvd., Suite 624
Chicago, Illinois 60604
(312) 212-1036